UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CARLA C. STEVENS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:17-cv-00087-JLK |
| CITY OF DANVILLE, | ) |
| PHILLIP A. BROADFOOT, | ) |
| SAMUEL C. BRAY, | ) |
| , | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

COME NOW your Defendants, the City of Danville, Chief Phillip Broadfoot and Detective Samuel Bray, by counsel, and move this Court to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

CITY OF DANVILLE, PHILLIP BROADFOOT,
SAMUEL C. BRAY

By Counsel

Counsel:

s/Michael A. Nicholas, Esq.
Martha White Medley, Esq. (VSB #21171)
James A. L. Daniel, Esq. (VSB #03881)
Michael A. Nicholas, Esq. (VSB#80749)

DANIEL, MEDLEY & KIRBY, P.C.
Post Office Box 1192
Martinsville, Virginia 24114
276-666-1585 Phone
276-666-4046 Facsimile
mmedley@dmklawfirm.com
jdaniel@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing was served by mailing U.S. First-Class mail, postage prepaid to Plaintiff *pro se* Carla C. Stevens at 286 Timberlake Drive, Danville, VA 24540. Additionally, the foregoing was filed on CM/ECF and served to all persons noting an appearance on that system. Service by both methods was made on June 8, 2018.

s/ Michael A. Nicholas

Counsel